JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.P., a Minor, by and through her Parent and Guardian at Litem; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Torrance Unified School District, et al.<br><br>Defendants. | No.   CV 08-6003 PA (PJWx)<br><br>JUDGMENT |

In accordance with the Court's October 4, 2010, Minute Order granting summary judgment in favor of defendants Torrance Unified School District, Torrance Unified's Board of Education, George Mannon, Aaron Benton, Laurie Love, Jane Tasker, Beverly Golding, and Monica McCann (collectively "Defendants") .

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiffs N.P. and T.G. ("Plaintiffs") shall recover nothing from Defendants on Plaintiffs' claims for relief;

2. Defendants shall have judgment in their favor on Plaintiffs' claims for relief; and

3. Defendants shall recover from Plaintiffs their costs of suit; and

The Clerk is ordered to enter this Judgment.

DATED: October 4, 2010

                                             _____
                                                           Percy Anderson
                                             UNITED STATES DISTRICT JUDGE